UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DONNA MAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV-09-170-B-W |
| | ) |
| SCHERING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 26, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss (Docket # 15) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of February, 2010